LEWIS DUNMEYER v. THE KANSAS PACIFIC RAILWAY COMPANY.

THIS case has been twice in the supreme court, and is reported in 19 Kas. 539, and 24 id. 725. On the 28th day of June, 1882, the defendant in error filed its motion with the clerk of the district court of Saline county, praying that the sheriff be ordered to return an execution, then in his hands, to collect the judgment in said case against the Kansas Pacific

railway company; that the said plaintiff in error, his agents and attorneys, cause said execution to be returned, and that they be enjoined from issuing any other or further execution in the case during the pendency of its suit in the supreme court of the United States. Said motion was presented to the judge of the fourteenth judicial district, at chambers; and on the first day of July, 1882, the parties appeared, a hearing was had, and said orders were then and there granted. The plaintiff in error excepted, and brings the case to this court.

*John Foster,* for plaintiff in error.

*Per Curiam:* The judgment in this case will be affirmed, upon the authority of *Doyle v. Wisconsin,* 94 U. S. 50.